# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| 2140 Edmondson Ave, LLC | * |
| Plaintiff(s) | * |
| vs. | *  Civil Case No.: 8:25−cv−03888−AAQ |
| Certain Underwriters at Lloyd's London, et al. | * |
| Defendant(s) | * |

## SHOW CAUSE ORDER

    Pursuant to Standing Order 2018−04, this case was assigned to a United States Magistrate Judge for all proceedings and each party was notified to file a consent or declination within fourteen (14) days after service and entry of appearance. 2140 Edmondson Ave, LLC has not filed a consent or declination and more than fourteen (14) days have passed since notice was issued. Thereby, it is hereby

    ORDERED that 2140 Edmondson Ave, LLC is to appear before the designated Chambers Judge on 1/30/2026 at 2:00 p.m. to show cause, if any, why 2140 Edmondson Ave, LLC did not file a consent or declination. 2140 Edmondson Ave, LLC should proceed to the Clerk's Office to determine the location of the hearing on the scheduled date; and it is further

    ORDERED that this Order shall be vacated if 2140 Edmondson Ave, LLC files a consent or declination prior to the show cause hearing date.

Date: <u>December 17, 2025</u>                  _____/s/_____
                                                               Ajmel A. Quereshi
                                                              United States Magistrate Judge