UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| 2140 EDMONDSON AVE, LLC | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No. 8:25-CV-03888-ABA |
| | * |
| CERTAIN UNDERWRITERS AT LLOYD'S | * |
| LONDON, *et al.* | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, 2140 Edmondson Ave, LLC, by counsel, pursuant to Fed. R. Civ. P. 41(a), hereby dismisses this action WITHOUT PREJUDICE.

Respectfully submitted,

   */s/ Brian S. Goodman*
Brian S. Goodman (Bar No. 03212)
Goodman Law Group
9199 Reisterstown Road, Suite 213C
Owings Mills, Maryland 21117
(443)-824-0659 Telephone
1 (410) 559-7100 Facsimile
*Attorneys for Plaintiff*